UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61245-CIV-DIMITROULEAS

MAYRA MARTINEZ RAMOS,

    Plaintiff,

vs.

SHEEHAN BUICK GMC, INC.,
a Florida corporation,

    Defendant.
_____/

## FINAL JUDGMENT

THIS CAUSE is before the Court upon the Plaintiff's Notice of Acceptance of Defendant's Offer of Judgment (the "Notice") [DE 13], filed herein September 16, 2022. The Court has carefully considered the Notice, the Offer of Judgment dated September 6, 2022 [DE 13-1], and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Plaintiff Mayra Martinez Ramos and against Defendant Sheehan Buick GMC, Inc. in the amount of $7,000.00.

2. This above-styled action is hereby **DISMISSED WITH PREJUDICE**.

3. The Court notes that the Offer of Judgment includes language stating that the judgment satisfies "all claims asserted in this case, including claims for reasonable attorneys' fees and costs accrued through the date of this Offer of Judgment." [DE 13-1] at ¶ 2.

5.  The Clerk shall **CLOSE** this case and **DENY** any currently pending motions [DE 12] as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of September, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record